UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-0091 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| MEGAN ELLIOTT WILSON | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on October 31, 2017, for waiver of indictment, administration of guilty plea, and allocution of the defendant Megan Wilson under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with her counsel, Ms. Betty Marak.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that her waiver of indictment and plea of guilty are knowing and voluntary, and her guilty plea to Count One of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offense. In addition, both the government and the defendant agreed to waive their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant Megan Wilson in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Megan Wilson be finally adjudged guilty of the offense charged in Count One of the Bill of Information.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to

object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 31st day of October 2017.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE