UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-0091 |
|---|---|---|
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| MEGAN ELLIOTT WILSON | * | MAG. JUDGE KAREN L. HAYES |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Megan Wilson, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

Thus done and signed, in Chambers, at Shreveport, Louisiana, this 7th day of November, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE